| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | TRACIE L. BROWN (CSBN 184339)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7200<br>Facsimile: (415) 436-7234<br>E-mail: |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-054 JSW |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | INTERIM PROTECTIVE ORDER RE: |
| v. | ) | DISCOVERY OF FINANCIAL ACCOUNT |
| | ) | AND IDENTITY INFORMATION |
| GINGER DANIELS, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Ginger Daniels, is charged with one count of conspiracy to commit mail fraud, in violation of 18 U.S.C. § 1349.

The United States will produce to counsel for the defendant discovery consisting of business records, financial institution records, law enforcement reports, and other records and documents. Included within this discovery is bank account information (including account numbers) and personal identity information (including, for example, names, dates of birth, social security numbers, and driver's license numbers). Because of the substantial amount of financial account and personal identity information to be produced in this case, and pursuant to Federal Rule of Criminal Procedure 16(d), the parties stipulate, and the hereby Court orders, that disclosure of these materials shall be subject to the following restrictions:

STIPULATION AND [PROPOSED] INTERIM
PROTECTIVE ORDER
CR 10- 054 JSW

1. Except when being actively examined for the purpose of the preparation of the defense, all discovery containing financial account and personal identity information produced by the United States to counsel for the defendant shall be maintained in an area that is accessible only to defense counsel or other attorneys and employees of counsel's law office. Defense counsel shall not permit any person access of any kind to the discovery except as set forth below.

2. The following individuals may examine the discovery for the purpose of preparing the defense:

    (a) Counsel for the defendant, and any other attorneys, paralegals, or investigators in counsel's law office;

    (b) The defendant, but only in the presence of defendant's counsel; and

    (c) Any outside expert retained by the defense to analyze the discovery in this matter.

3. A copy of this Order shall be maintained with the discovery at all times.

4. No other person may be allowed to examine the discovery without further court order.

5. All pleadings will comply with Federal Rule of Criminal Procedure 49.1 regarding redaction of certain identifying information.

6. Within 30 days of the judgment and sentencing hearing in this matter, or within 30 days of any other resolution of the case, all material provided to defense counsel pursuant to this Order, and all other authorized copies, if any, shall be returned to the United States. If an appeal is noticed and defense counsel continue to represent the defendant on appeal, defense

//
//
//
//
//

STIPULATION AND [PROPOSED] INTERIM
PROTECTIVE ORDER
CR 10- 054 JSW    -2-

1  counsel may continue to retain possession of the materials according to the terms of this Order
2  until the conclusion of the matter in the Court of Appeals.
3
4  IT IS SO STIPULATED:
5  DATED:  April 27, 2010                    JOSEPH P. RUSSONIELLO
                                              United States Attorney
6
7
                                              _____/s/_____
8                                             TRACIE L. BROWN
                                              Assistant United States Attorney
9
10
   DATED:  April 27, 2010                    _____/s/_____
11                                            GEORGE BOISSEAU
                                              Attorney for Ginger Daniels
12
13 **IT IS SO ORDERED**.
14 DATED: _April 28_____, 2010             _____
                                              THE HON. JEFFREY S. WHITE
15                                            United States District Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] INTERIM
PROTECTIVE ORDER
CR 10- 054 JSW                  -3-