| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | TRACIE L. BROWN (CABN 184339)<br>Assistant United States Attorney |
| 5 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7200<br>Fax: (415) 436-7234 |
| 7 | E-Mail: tracie.brown@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-054 JSW |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER EXCLUDING TIME FROM MAY 6, 2010 TO JUNE 17, 2010 |
| GINGER DANIELS, | ) | |
| Defendant. | ) | |

The defendant, Ginger Daniels, represented by George Boisseau, Esquire, and the government, represented by Tracie L. Brown, Assistant United States Attorneys, appeared before the Court on May 6, 2010 for the Defendant's initial appearance in the District Court.

The matter was continued to June 17, 2010 at 2:30 before the Honorable Jeffrey S. White for a status hearing. The parties requested that time be excluded under the Speedy Trial Act between May 6, 2010 and June 17, 2010 because of the need for defense counsel to review the recently-provided substantial discovery.

Based upon the representation of counsel and for good cause shown, the Court finds that

[PROP.] ORDER EXCLUDING TIME
Case No. CR 10-054 JSW

1. failing to exclude the time between May 6, 2010 and June 17, 2010 would unreasonably deny the
2. defendant continuity of counsel and would deny counsel the reasonable time necessary for
3. effective preparation, taking into account the exercise of due diligence. 18 U.S.C.
4. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time
5. between May 6, 2010 and June 17, 2010 from computation under the Speedy Trial Act outweigh
6. the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY
7. ORDERED that the time between May 6, 2010 and June 17, 2010 shall be excluded from
8. computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: May 11, 2010

_____
THE HON. JEFFREY S. WHITE
United States District Judge