IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-54 JSW |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION IN LIMINE RE LATE NOTICED WITNESSES AND EXHIBITS** |
| v. | |
| GINGER LURA TINA DANIELS, | |
| Defendant. / | |

Now before the Court for consideration is Defendant's Motion in Limine to Exclude Late Noticed Witnesses and Exhibits. (Docket No. 89.) The Court has considered the parties' positions, relevant legal authority, and the record in this case, and concludes that a hearing is not required. The Court concludes that Defendant has not shown that she would be prejudiced by the substitution of Ms. Zeestraten as a witness or that she would be prejudiced by the introduction of records from the EDD. Accordingly, Defendant's motion to exclude Ms. Zeestraten from testifying and to preclude introduction of the EDD documents is DENIED. The Government represents that it will not use the second loan file relating to Victor Pon. Accordingly, Defendant's motion to exclude those documents is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: April 29, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE